**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **United States of America,** | ) | **CASE NO. 1:12 CR 391** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Lionel Rutherford,** | ) | **Judgment Entry** |
| | ) | |
| **Defendant.** | ) | |

This Court, having issued its Memorandum of Opinion and Order denying defendant's Motion to Vacate Under Section 2255 (Doc. 202), hereby enters judgment for plaintiff**.** Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed. R.App.P. 22(b).

  IT IS SO ORDERED.

             /s/ Patricia A. Gaughan
             PATRICIA A. GAUGHAN
             United States District Judge

Dated: 10/31/14